UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
CHARLES L. BOBO,                        )
                                        )   Case No. C13-0715RSL
                    Plaintiff,          )
        v.                              )
                                        )   ORDER OF DISMISSAL
ARIZONA DEPARTMENT OF ECONOMIC          )
SECURITY,                               )
                                        )
                    Defendants.         )
_____)

On April 29, 2013, the Court ordered plaintiff, proceeding *pro se* and *in forma pauperis*, to show cause why his complaint should not be dismissed on jurisdictional and/or Eleventh Amendment grounds. Dkt. # 5. Plaintiff was advised that failure to file a timely and adequate amended complaint may result in dismissal of this case and that an amended complaint operates as a complete substitute for the original pleading and must include all relevant information. In response, plaintiff filed a collection of documents related to his attempts to obtain a doctor's statement of disability and his application for benefits from the Arizona Department of Economic Security.

Having reviewed plaintiff's response and the remainder of the file, the Court finds that it lacks subject matter jurisdiction over plaintiff's claims and that plaintiff has failed to allege a plausible claim for relief against a state agency. This matter is therefore dismissed without prejudice.

ORDER OF DISMISSAL

1  Dated this 22nd day of May, 2013.

2
3  Robert S. Lasnik
4  United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER OF DISMISSAL                -2-